NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAKSHMI ARUNACHALAM,**

*Plaintiff-Appellant*

**v.**

**KRONOS INCORPORATED,**

*Defendant-Appellee*

---

2021-1948

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00091-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Kronos Incorporated moves to dismiss this appeal for failure to prosecute.  Lakshmi Arunachalam has not responded to the motion to dismiss.

On January 28, 2022, the court reactivated Dr. Arunachalam's appeal and set February 22, 2022, as the due date for her informal brief.    Alternatively, Dr.

Arunachalam was required to file her formal opening brief by April 4, 2022. To date, however, no opening brief has been filed.

"[F]ailure to comply with this court's rules, including the requirements for preparing and filing briefs, appendices and other papers, may result in dismissal of an appeal for failure to prosecute." *Julien v. Zeringue*, 864 F.2d 1572, 1574 (Fed. Cir. 1989) (citations omitted).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are denied as moot.

FOR THE COURT

June 1, 2022                    /s/ Peter R. Marksteiner
     Date                       Peter R. Marksteiner
                                Clerk of Court

ISSUED AS MANDATE: June 1, 2022